U.S.

v.

Marcus A. BACA

No. 17-0547/AR

U.S. Court of Appeals for
the Armed Forces.

August 14, 2017

CCA 20160474

DAILY JOURNAL

Petitions for Grant of Review Filed

U.S.

v.

Bryan C. TEED

No. 17-0549/AR

U.S. Court of Appeals for
the Armed Forces.

August 14, 2017

CCA 20160345

DAILY JOURNAL

Petitions for Grant of Review Filed

U.S.

v.

Pierre C.T. SCOTT

No. 17-0548/AR

U.S. Court of Appeals for
the Armed Forces.

August 14, 2017

CCA 20150157

DAILY JOURNAL

Petitions for Grant of Review Filed

U.S.

v.

Devin J. VANHISE

No. 17-0356/AF

U.S. Court of Appeals for
the Armed Forces.

August 14, 2017

CCA 38882

DAILY JOURNAL

Petitions for Grant of Review Denied

